ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6595
    Facsimile:  (213) 894-7177
    E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

                UNITED STATES DISTRICT COURT

            FOR THE CENTRAL DISTRICT OF CALIFORNIA

                     WESTERN DIVISION

UNITED STATES OF AMERICA,         ) NO.  CV 09-2764 JVS(RZx)
                                  )
            Plaintiff,            )
                                  ) **CONSENT JUDGMENT OF FORFEITURE**
      vs.                         )
                                  )
ONE 2004 NISSAN ARMADA SUV,       )
VIN: 5N1AA08A24N709189,           )
                                  )
            Defendant.            )
_____  )
SALVADOR VERA,                    )
                                  )
            Claimant.             )
_____  )

     This action was filed on April 29, 2009 against the

defendant one 2004 Nissan Armada SUV, Vehicle Identification

Number ("VIN") 5N1AA08A24N709189 ("defendant vehicle") that was

                              1

seized from claimant Salvador Vera ("Vera").  Notice was given and published in accordance with law.  Plaintiff United States of America and Vera have reached an agreement that is dispositive of the action.  No other parties have appeared and the time for filing such claims and answers has expired.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.   This Court has jurisdiction over the parties and the subject matter of this action.

2.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant 2004 Nissan Armada SUV, VIN: 5N1AA08A24N709189 other than Vera are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3.   The United States of America shall have judgment as to the defendant 2004 Nissan Armada SUV, VIN: 5N1AA08A24N709189, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said asset in accordance with law.

4.   Vera hereby releases the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Federal Bureau of Investigation, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to the

seizure of the defendant vehicle or the prosecution of this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Vera, whether pursuant to 28 U.S.C. § 2465 or otherwise.

5.   The court finds that there was reasonable cause for the seizure of the defendant vehicle and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.


Dated:  August 24, 2012

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE




**[Signatures appear on next page.]**

3

**Approved as to form and content:**


DATED: August 24, 2012     ANDRÉ BIROTTE JR.
                           United States Attorney
                           ROBERT E. DUGDALE
                           Assistant United States Attorney
                           Chief, Criminal Division
                           STEVEN R. WELK
                           Assistant United States Attorney
                           Chief, Asset Forfeiture Section

                                 /s/
                           _____
                           KATHARINE SCHONBACHLER
                           Assistant United States Attorney
                           Attorneys for Plaintiff
                           United States of America


DATED: August 20, 2012     LAW OFFICE OF KENNETH A. REED


                                 /s/
                           _____
                           KENNETH A. REED

                           Attorney for Claimant
                           SALVADOR VERA